IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JACKIE SIEDLIK,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
NANCY A. BERRYHILL,　　　　　　　　　)　　Case No. 15-CV-412-JHP-KEW
Acting Commissioner of　　　　　　　　)
Social Security Administration,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　Defendant.　　　　　　　　　　　　　)

**ORDER AFFIRMING AND ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES
MAGISTRATE JUDGE**

On March 15, 2017, the United States Magistrate Judge entered a Report and Recommendation in regard to Plaintiff's request for judicial review of the decision of the Commissioner of the Social Security Administration. The Magistrate Judge recommended that the decision of the Administrative Law Judge be affirmed. The Plaintiff has not filed an objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, the Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on March 15, 2017, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order and the decision of the Commissioner is **AFFIRMED**.

IT IS SO ORDERED this 31st day of Mach, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_James H. Payne_
　　　　　　　　　　　　　　　　　　　　　　　　　James H. Payne
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　Eastern District of Oklahoma